UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RECEIVED

07 JAN 19 PM 2: 42

U.S. ATTORNEY'S OFFICE
NEW HAVEN, CONNECTICUT

UNITED STATES OF AMERICA

v.

SHARON HUNT

Docket No. 3:03CR316 (PCD)

U.S. DISTRICT COURT
NEW HAVEN, CT
2007 JAN 30 A 10 38
FILED

## POST-JUDGMENT STIPULATION

Whereas, on May 2, 2003 criminal judgment was entered against the defendant, Sharon Hunt, in which she was ordered to pay restitution in the amount of $24,924.95 plus interest at a rate of 1.2% per annum; and

Whereas, the Government and the defendant, Sharon Hunt, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the Government and Sharon Hunt and ORDERED by this Court that:

1. Sharon Hunt shall, commencing February 15, 2007, make monthly payments of at least $200.00 on the **15th** day of each and every month.

2. Commencing on May 15, 2007 and every month thereafter, Sharon Hunt shall increase her monthly payments to at least $250.00 on the 15th day of each and every month.

3. Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United Stated District Court, 141 Church Street, New Haven, Connecticut 06510. Checks must reference the docket number 3:03CR316 (PCD).

4. The current balance of Sharon Hunt's criminal debt as of January 16, 2007 is $22,110.36.

5. Sharon Hunt agrees to complete a financial statement upon the Government's request.

6. The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Sharon Hunt's financial circumstances.

7. Sharon Hunt's failure to comply with the payment schedule set forth in Paragraphs 1 and 2 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

8.  In addition to regular monthly payments, in accordance with Paragraphs 1 and 2, the Government may submit the debt to the Treasury Department for inclusion in the Treasury Offset Program. Under this program, any federal payment to which Sharon Hunt is entitled may be offset and applied to this debt.

9.  The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

10. Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which Sharon Hunt has an ownership interest.

Entry of the foregoing stipulation is consented to by:

For the Government:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: January 30, 2007

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT   06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED: 1/17/06

SHARON HUNT
WINDSOR LOCKS, CONNECTICUT

APPROVED and SO ORDERED this 2nd day of February 2007 at New Haven, Connecticut.

PETER C. DORSEY
UNITED STATES DISTRICT JUDGE